UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| KENNETH HAROLD MUNSON, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | No. 4:17-cv-00100 REEVES/STEGER |
| NANCY A. BERRYHILL,<br>**Acting Commissioner of Social Security,** | ) ) ) | |
| *Defendant*. | ) ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order filed contemporaneously herewith, Kenneth Munson's motion for summary judgment [D. 18] is **DENIED**, and the Commissioner's motion for summary judgment [D. 20] is **GRANTED**. This case is hereby **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**

1